## UNITED STATES of America, Plaintiff—Appellee,

v.

## Jorge MUNGUIA–CASTREJON, a/k/a George Castrejon Munguia, Defendant—Appellant.

### No. 04–10222.

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2005.*

Decided July 15, 2005.

Kirstin M. Ault, USSF—Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Barry J. Portman, Esq., David Fermino, AFP, FPDCA—Federal Public Defender's Office, San Francisco, CA, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, Chief Judge, RAWLINSON and BYBEE, Circuit Judges.

### MEMORANDUM **

Jorge Munguia–Castrejon appeals his 47–month sentence following his guilty plea to illegal reentry following deportation in violation of 8 U.S.C. § 1326. We remand the sentence for further proceedings consistent with *United States v. Booker*, — U.S. ——, ——, 125 S.Ct. 738, 748, 160 L.Ed.2d 621 (2005), and *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

